■ MICHAEL J. MINOT, an Infant, by HERBERT S. MINOT, His Guardian ad Litem, et al., Appellants, v. BOARD OF EDUCATION OF UNION FREE SCHOOL DISTRICT NO. 6 et al., Defendants, and HUGH SHEA & SONS, Respondent.— In a negligence action by the infant plaintiff to recover damages for personal injuries, and by his father to recover damages for medical expenses and loss of services, plaintiffs appeal: (1) from an order of the Supreme Court, Westchester County, dated June 14, 1961, which granted the motion of the defendant Hugh Shea & Sons, a copartnership engaged in the operation of buses for the defendant school district, for summary judgment dismissing the complaint against them (the bus operators), pursuant to rule 113 of the Rules of Civil Practice; and (2) from the judgment of said court, dated June 26, 1961, entered upon said order. Order and judgment affirmed, with $10 costs and disbursements. No opinion. Ughetta, Acting P. J., Kleinfeld, Christ, Brennan and Hopkins, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. FRANK NICHOLAS EHLERS, JR., Appellant.— Appeal by defendant from a judgment of the County Court, Queens County, rendered June 15, 1960 on his plea of guilty, convicting him of robbery in the second degree, unarmed, and sentencing him to a term of 7½ years to 15 years, to run consecutively to a two and one-half to five-year sentence previously imposed on defendant by the County Court, Kings County. Judgment affirmed. No opinion. Beldock, P. J., Ughetta, Christ, Hill and Hopkins, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. FRANK NICHOLAS EHLERS, JR., Appellant.— In a coram nobis proceeding, defendant appeals from an order of the County Court, Queens County, dated September 22, 1961, which denied, without a hearing, his application to vacate a judgment of said court rendered June 15, 1960 on his plea of guilty, convicting him of robbery in the second degree, unarmed, and sentencing him to serve a term of 7½ to 15 years, such term to run consecutively to a sentence previously imposed by the County Court, Kings County. The basis of defendant's application is that his plea of guilty was induced by assigned counsel's statements to him that he would not be "hurt" thereby and that if he refused to enter such a plea the maximum sentence would be imposed on him. These representations were allegedly made by the court and the District Attorney to him through his assigned counsel. There is no affidavit by the assigned counsel. Order affirmed. No opinion. Beldock, P. J., Ughetta, Christ, Hill and Hopkins, JJ., concur.